**FOURTH DIVISION**
**DILLARD, P. J.,**
**BROWN, C.J., and PADGETT, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

**October 2, 2025**

# In the Court of Appeals of Georgia

A24A0378. THE MEDICAL CENTER OF CENTRAL GEORGIA, INC. et al v. NORKESIA TURNER et al.

DILLARD, Presiding Judge.

In *Medical Center of Central Georgia, Inc. v. Turner*[1] ("*Turner I*"), this Court affirmed a jury verdict in favor of Norkesia Turner in her medical-malpractice and wrongful-death action against the Medical Center of Central Georgia and some of its medical staff. Then, in *Medical Center of Central Georgia, Inc. v. Turner*,[2] ("*Turner II*"), the Supreme Court of Georgia vacated our decision in *Turner I* and remanded the case to us with instructions to return it to the trial court for that court to rule on certain constitutional questions detailed by our Supreme Court in *Turner II*. As a

---

[1] 372 Ga. App. 644 (905 SE2d 858) (2024).

[2] ___ Ga. ___ (917 SE2d 697) (2025).

result, we adopt the Supreme Court of Georgia's opinion in *Turner II* as our own, vacate the judgment of the trial court, and remand the case for further proceedings consistent with that opinion.

*Judgment vacated and case remanded with direction. Brown, C.J., and Padgett, J., concur.*